**Jose Bedolla ZAVALA, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 02–72652.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 8, 2003.*

Decided Dec. 18, 2003.

Jose Bedolla Zavala, A#178–47–318, pro se, Eloy, AZ, for Petitioner.

Regional Counsel, Western Region, Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, San Francisco, CA, District Director, Immigration & Naturalization Service, Phoenix, AZ, Emily A. Radford, Esq., Michele Y.F. Sarko, Attorney, Linda S. Wernery, Esq., Thankful T. Vanderstar, Washington, DC, for Respondent.

Before GOODWIN, WALLACE, and TROTT, Circuit Judges.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Jose Bedolla Zavala, a native and citizen of Mexico, petitions for review of a Board of Immigration Appeals' decision summarily dismissing his appeal from an Immigration Judge's decision finding him removable due to his guilty plea conviction on one count of possession of a controlled substance, methamphetamine, in violation of Cal. Health & Safety Code § 11377(a). Our jurisdiction over Zavala's petition for review is governed by 8 U.S.C. § 1252(a)(2)(C), which states that "no court shall have jurisdiction to review any final order of removal against an alien who is removable by reason of having committed a criminal offense covered in 8 U.S.C. 1227(a)(2)(A)(iii), (B),(C), or (D)." Because Zavala was convicted of an offense covered by 8 U.S.C. § 1227(a)(2)(B)(i), we lack jurisdiction over his petition for review. *See Cruz–Aguilera v. INS*, 245 F.3d 1070, 1073 (9th Cir.2001) (indicating that a conviction under Cal. Health & Safety Code § 11377(a) for possession of methamphetamine qualifies as a controlled substance offense).

All pending motions are denied as moot.

**PETITION FOR REVIEW DISMISSED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.